AUSA Samuel B. Cole (312) 353-4258

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Hon. Arlander Keys |
| JANE DOE ) | |
| aka   Janice Mae Sherman ) | No. **08 CR 508** |
| aka   Sandra Cherroldine Velaya ) | |

The undersigned Affiant personally appeared before <u>ARLANDER KEYS</u>, a United States Magistrate Judge, and being duly sworn on oath, states: That at <u>CENTRAL DISTRICT OF CALIFORNIA</u>, one <u>JANE DOE aka Janice Mae Sherman aka Sandra Cherroldine Velaya</u> was charged in <u>an indictment</u> with one count of violation of <u>Section 1542</u> of the United States Code, Title <u>18</u>, for the offense of <u>willfully and knowingly made a false statement in an application for a passport, with intent to induce and secure for her own use the issuance of a passport under the authority of the United States</u>, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

*Martin O'Toole* (signature)
Martin O'Toole
Special Agent
Diplomatic Security Service
U.S. Dept. of State

Subscribed and Sworn to before me this
25th day of <u>June, 2008.</u>

*Arlander Keys* (signature)
ARLANDER KEYS
United States Magistrate Judge

F I L E D
JUN 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR 08-00195 |
| v. | |
| JANE DOE<br>aka Janice Mae Sherman<br>aka Sandra Cherroldine Velaya | **WARRANT FOR ARREST** |
| Defendant(s) | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest <u>**JANE DOE, aka Janice Mae Sherman,**</u>
<u>**aka Sandra Cherroldine Velaya**</u>

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☒ Indictment ☐ Information ☐ Order of Court ☐ Probation Violation Petition ☐ Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**False Statement in Passport Application**

in violation of Title **18**: United States Code, Section(s) **1542**:

| Sherri R. Carter | February 19, 2008    LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY: **CHARLES F. EICK** |
| **DONNAMARIE LUENGO** | NAME OF JUDICIAL OFFICER |
| SIGNATURE OF DEPUTY CLERK | |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT<br>CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04)    PAGE 1 OF 2

FILED

2008 FEB 19 PM 1:26

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08-**08-0019**$ |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | [18 U.S.C. § 1542: False Statement in Passport Application] |
| JANE DOE, ) | |
| aka "Janice Mae Sherman" ) | |
| aka "Sandra Cherroldine Velaya," ) | |
| Defendant. ) | |

The Grand Jury charges:

[18 U.S.C. § 1542]

On or about February 24, 1998, in Los Angeles County, within the Central District of California, defendant JANE DOE, also known as ("aka") "Janice Mae Sherman," aka "Sandra Cherroldine Velaya," willfully and knowingly made a false statement in an application for a passport, with intent to induce and secure for her own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in

that, in such application, defendant stated that she was "Janice Mae Sherman," born October 9, 1959, in Gilliam, Louisiana, whereas, in truth and fact, as defendant then knew, she was not "Janice Mae Sherman," born October 9, 1959, in Gilliam, Louisiana.

A TRUE BILL

/s/
———————————————
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*[signature]*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

CURTIS A. KIN
Assistant United States Attorney
Chief, Domestic Security and
Immigration Crimes Section

KERI CURTIS AXEL
Assistant United States Attorney
Domestic Security and
Immigration Crimes Section