## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 508 | **DATE** | 6/25/2008 |
| **CASE TITLE** | USA vs. Jane Doe; aka: Janice Mae Sherman; aka: Sandra Cherroldine Velaya | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. The defendant appears in response to arrest on 6/25/08. The defendant is informed of her rights. Enter order appointing Geraldo Gutierrez as counsel for defendant. Detention hearing set for 7/1/08 at 9:30 a.m. The Defendant is ordered detained until further order of Court. *AK*

Docketing to mail notices.

00:06

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|

2008 JUN 26 PM 4:26
FILED-FCI
U.S. DISTRICT COURT
CLERK