Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 508 | **DATE** | 7/1/2008 |
| **CASE TITLE** | USA vs. Jane Doe; aka: Janice Mae Sherman; aka: Sandra Cherroldine Velaya | | |

**DOCKET ENTRY TEXT**

Detention hearing held. The defendant waives identity hearing. The Defendant is ordered removed, as expeditiously as possible, to the Central District of California in the custody of the U.S. Marshal. *AK*

Docketing to mail notices.

00:06

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|

2008 JUL -2 PM 5:29

U.S. DISTRICT COURT

FILED