

**08 CR 508**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>   7-8-08 |
| 1. Article Addressed to:<br><br>Central District of California<br>G-8 United States Courthouse<br>312 North Spring STreet<br>Los Angeles, CA 90012-4701 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>FILED<br>JUL 14 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br><br>3. Service Type<br>   Express Mail<br>   Return Receipt for Merchandise |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7004 2510 0001 9746 9254 |
| PS Form 3811, February 2004 | Domestic Return Receipt  08CR508   102595-02-M-1540 |